**FILED**

Oct 28 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL COVER SHEET

**Instructions:** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**

USA v.  CELIN DAVID DOBLADO-CANACA

**CASE NUMBER:**

CR   21-416 JD

| | | | |
|---|---|---|---|
| **Is This Case Under Seal?** | Yes | No ✔ | |
| **Total Number of Defendants:** | 1 ✔ | 2-7 | 8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✔ | |
| **Venue (Per Crim. L.R. 18-1):** | SF ✔ | OAK | SJ |
| **Is this a potential high-cost case?** | Yes | No ✔ | |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✔ | |
| **Is this a RICO Act gang case?** | Yes | No ✔ | |

**Assigned AUSA (Lead Attorney):** Ross Weingarten

**Date Submitted:** 10/27/2021

**Comments:**

RESET FORM     SAVE PDF

1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2

3

4

5

6

7

**FILED**

Oct 28 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,            )   CASE NO.  CR21-416 JD
                                         )
12            Plaintiff,                 )
                                         )
13       v.                              )   VIOLATION:
                                         )   21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of
14  CELIN DAVID DOBLADO-CANACA           )   Fentanyl;
                                         )   21 U.S.C. § 853 – Forfeiture Allegation
15            Defendant.                 )
                                         )
16  _____     )

17                     I N F O R M A T I O N

18  The Acting United States Attorney charges:

19  COUNT ONE:          (21 U.S.C. § 841(a)(1) and (b)(1)(C) –Distribution of a Mixture and Substance
                        Containing Fentanyl)
20

21       On or about May 18, 2020, in the Northern District of California, the defendant,

22                      CELIN DAVID DOBLADO-CANACA,

23  did knowingly and intentionally distribute a mixture and substance containing N-phenyl-N-[1-(2-

24  phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled

25  substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

26  FORFEITURE ALLEGATION:          (21 U.S.C. § 853(a))

27       The allegations contained above are hereby re-alleged and incorporated by reference for the

28  purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

INFORMATION                                    1

1    Upon conviction of the offense alleged in Count One above, the defendant,

2    CELIN DAVID DOBLADO-CANACA,

3    shall forfeit to the United States all right, title, and interest in any property constituting and derived from

4    any proceeds defendant obtained, directly or indirectly, as a result of such violations, and any property

5    used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such

6    violations, including but not limited to a forfeiture money judgment and $60.00 in United States

7    currency.

8    If any of the property described above, as a result of any act or omission of the defendant:

9    a.    cannot be located upon exercise of due diligence;

10    b.    has been transferred or sold to, or deposited with, a third party;

11    c.    has been placed beyond the jurisdiction of the court;

12    d.    has been substantially diminished in value; or

13    e.    has been commingled with other property which cannot be divided without

14        difficulty,

15    the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

16    United States Code, Section 853(p).

17    All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal

18    Procedure 32.2.

19

20    DATED: _____                    STEPHANIE M. HINDS
                                        Acting United States Attorney
21

22                                      _____/s/_____
                                        ROSS WEINGARTEN
23                                      Assistant United States Attorney

24

25

26

27

28

AO 257 (Rev. 6/78)

**FILED**

Oct 28 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DI

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge

NORTHERN DISTRICT OF

SAN FRANCISCO DIVISION

### OFFENSE CHARGED

21 U.S.C. §§ 841(a)(1) and (b)(1)(C) - Distribution of
Narcotics, to wit, Fentanyl

☐ Petty

☐ Minor

☐ Misde-
meanor

☒ Felony

PENALTY:  Maximum term of imprisonment: 20 years; Maximum fine: $1
million; Maximum term of supervised release: life; Minimum term
of supervised release: 3 years; Mandatory $100 special assessment

### DEFENDANT - U.S

▶ Celin David Doblado-Canaca

DISTRICT COURT NUMBER

CR21-416 JD

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:

☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

} MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on this form    Stephanie M. Hinds

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Ross Weingarten

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior ▶
summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
NDCA

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes
been filed?  ☐ No

} If "Yes"
give date
filed

**DATE OF
ARREST** ▶

Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY** ▶

Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment*

Date/Time:

Before Judge:

Comments: