STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ROSS WEINGARTEN (NYBN 5236401)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6747
    FAX: (415) 436-7234
    Ross.weingarten@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 21-416 JD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING UNTIL NOVEMBER 21, 2022 |
| v. | |
| CELIN DAVID DOBLADO-CANACA, | |
| Defendant. | |

The parties, through their counsel of record, stipulate as follows:

The defendant in the above-captioned matter pled guilty to Count 1 of the Information on July 11, 2022. Sentencing was set for October 17, 2022. Unfortunately, government counsel now has a trial that begins on October 17, 2022 in another courtroom and cannot attend sentencing on that day. The parties have met and conferred, and wish to continue sentencing until November 21, 2022. Government counsel checked with Probation and with the Court, and that date is available.

Therefore, the parties hereby stipulate and agree:

STIPULATION AND [PROPOSED] ORDER
CR 19-626 SI

1. Sentencing in this matter shall be continued from October 17, 2022 until November 21, 2022.

IT IS SO STIPULATED.

Dated: September 26, 2022          /s/
                                   Dena Young
                                   Attorney for Defendant Celin David Doblado-Canaca

Dated: September 26, 2022          /s/
                                   Ross Weingarten
                                   Assistant United States Attorney

### (PROPOSED) ORDER

Based upon the representation of counsel and for good cause shown, the Court orders that sentencing in this matter be continued from October 17, 2022 until November 21, 2022.

DATED: September 27, 2022          _____
                                   HONORABLE JAMES DONATO
                                   United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 19-626 SI