STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ROSS WEINGARTEN (NYBN 5236401)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Ross.weingarten@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CELIN DAVID DOBLADO-CANACA,<br><br>    Defendant. | NO. CR 21-00416 JD<br><br>**UNITED STATES' AMENDED SENTENCING MEMORANDUM**<br><br>Sentencing Date: November 21, 2022<br>Sentencing Time: 10:30 a.m. |

    The government files this amended sentencing memorandum only to inform the Court of another, similar case involving a substantially similar set of facts that was resolved recently in this District. In its sentencing memorandum, the government listed a number of cases involving fentanyl-related overdoses that resulted in sentences similar to the one proposed by the government in this case, which is a 72 month custodial term. Approximately one week ago, in *United States v. Sanchez*, 20-cr-373 EJD, the defendant was sentenced to 75 months in prison to be followed by three years of supervised release. The facts in that case tragically mirror this one – the defendant distributed fentanyl-laced pills that caused the overdose death of a victim who bought pills from the defendant. Similar to this case, the defendant was a street-level narcotics dealer who sold fentanyl but did not intend to kill the

victim. Weighing the 3553(a) factors, the Court in the *Sanchez* case believed that a 75 month sentence was appropriate given the harm done to the victim as well as the defendant's role in the offense. The government believes a similar sentence is appropriate here.

For the reasons set forth in its sentencing memorandum, and based in part on the fact that other Courts in this District have meted out similar sentences in similar cases, the government recommends a sentence of 72 months in custody, to be followed by three years of supervised release, and restitution in this case.

DATED: November 15, 2022                                  Respectfully submitted,

                                                          STEPHANIE M. HINDS
                                                          United States Attorney

                                                           */s/ Ross Weingarten*
                                                          ROSS WEINGARTEN
                                                          Assistant United States Attorney

US SENTENCING MEMORANDUM                    2