UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minutes

Date: November 21, 2022     Judge: Hon. James Donato

Court Reporter: Debra Pas
Time: 6 Minutes
Case No.     **3:21-cr-00416-JD-1**
Case Name     **USA v. Celin David Doblado-Canaca (Custody) Int.**

Attorney(s) for Government:     Ross Weingarten
Attorney(s) for Defendant(s):     Dena Young
Probation Officer:     Melissa Moy
Interpreter:     Conchita Lozano

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Sentencing Hearing -- Held.

## NOTES AND ORDERS

For the reasons discussed at the hearing, the Court declines to accept the Rule 11(c)(1)(C) plea agreement.

The parties may submit a revised plea agreement, or defendant may withdraw the guilty plea. If defendant withdraws the guilty plea, a trial date will be set. The parties are advised that any revised plea agreement should address USSG § 1B1.2(a) and § 1B1.2 commentary, n.1.

A change of plea or withdrawal of plea and trial setting hearing is set for January 23, 2023, at 10:30 a.m. in San Francisco, Courtroom 11, 19th Floor.