Law Offices of
DENA MARIE YOUNG (CSBN 215344)
2751 4th Street PMB 136
Santa Rosa, CA 95405
Telephone: (707) 528-9479
Facsimile: (707) 692-5314
Email: dmyounglaw@gmail.com

Attorney for Defendant
CELIN DAVID DOBLADO-CANACA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CELIN DAVID DOBLADO-CANACA<br><br>Defendant. | Case No. CR 21-00416 JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

  Defendant CELIN DAVID DOBLADO-CANACA, by and through his counsel of record Dena Young, and Assistant United States Attorney Ross Weingarten, hereby jointly request that the change-of-plea hearing currently set for March 6, 2023, at 10:30 a.m. be vacated and the matter continued until April 3, 2023 at 10:30 a.m., or until the next available court date thereafter. This request has been made necessary because the parties have been informed that Mr. Doblado-Canaca's housing unit is presently under a COVID- related quarantine. Mr. Doblado-Canaca will not be brought to court on March 6, 2023, and will also not be made available to meet with his counsel in preparation for the change-of-plea until the quarantine is cleared.

  The parties agree that it would be appropriate to exclude time between March 6, 2023, and April 3, 2023, for effective preparation of defense counsel, taking into account the exercise of due diligence, and pursuant to 18 U.C.C. §§ 3161(h)(7)(A) and (B)(iv). The extension is not sought

for delay, and the parties agree the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: March 4, 2023

/s/
DENA MARIE YOUNG
Attorney for Defendant
CELIN DAVID DOBLADO-CANACA

Dated: March 4, 2023

STEPHANIE M HINDS.
United States Attorney

/s/
ROSS WEINGARTEN
Assistant United States Attorney

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that the change-of-plea hearing for defendant CELIN DAVID DOBLADO-CANACA currently scheduled for March 6, 2023, at 10:30 a.m. be vacated and that the matter be reset for April 3, 2023 at 10:30 a.m.

IT IS FURTHER ORDERED that the time between March 6, 2023 and April 3, 2023 is excluded pursuant to the Speedy Trial Act for effective preparation of defense counsel, taking into account the exercise of due diligence, and pursuant to 18 U.C.C. §§ 3161(h)(7)(A) and (B)(iv). Based upon the parties' stipulation, the Court finds that the extension is not sought for delay, and the parties agree the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: March 6, 2023

HON. JAMES DONATO
United States District Judge